IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey J. Shepherd, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv199 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 21, 2010 a Report and Recommendation (Doc. 22).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 24) and defendant filed a response to the objections (Doc. 25).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Administrative Law Judge (ALJ) is **AFFIRMED** and this case is **DISMISSED** from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott\
Chief Judge Susan J. Dlott\
United States District Court